**UNITED STATES BANKRUPTCY COURT**
FOR THE WESTERN DISTRICT OF MICHIGAN

In Re:

APRIL J. HOUGH

    Debtor.

_____/

Case #: 16-06112
Chapter 13
Hon. John T. Gregg
Filed: December 6, 2016

# FIRST POST-CONFIRMATION PLAN AMENDMENT

**HISTORY:**
- The Original Chapter 13 Plan was filed December 28, 2016. (DN 18.)
    - A Text Order Confirming Chapter 13 Plan as Last Amended was entered on February 6, 2017. (DN 30.)

**PURPOSE:**
- This Plan Amendment amends Paragraph II.A. to increase the plan payment.
- This Plan Amendment amends Paragraph IV.P to amend an additional provision concerning Debtor's tax refund.

This amendment affects the above referenced paragraphs only. All other provisions of the plan, as amended, remain unaffected by this amendment.

II. **FUNDING**

    A. **PLAN PAYMENT** The Debtor(s) shall make payments in the amount of ~~$1,180.00~~ $1,295.62 per ( ) week, ( ) bi-weekly, ( ) semi-monthly, ( XX ) monthly, and/or ( ) Other (see "Additional Plan Payment Provisions" below) for the minimum of the Applicable Commitment period (ACP).

    ( XX ) **Additional Plan Payment Provisions:**

- Payment will increase on June 1, 2017 to ~~$1,363.38~~ $1,479.00 monthly when the furniture lease expires.

IV. **GENERAL PROVISIONS**

    P.    **ADDITIONAL PROVISIONS:**

1. After the claims bar date, notice of plan amendments, professional fee applications, and motions filed by the debtor and/or counsel may only be given to creditors who have filed a claim or appearance. Creditors who have not filed a claim or appearance will not be given notice of plan amendments, fee applications or motions. A filed proof of service shall reflect such limited service with the Court. This provision for limited notice shall not apply to motions to dismiss the Chapter 13 case or notices that a discharge has entered.
2. The Trustee shall escrow $75.00 per month of the Debtors' plan payments to be reserved for payment of all allowed administrative expenses. Applications for administrative expenses not previously allowed or ordered will be filed at least 30 days before the time of the final audit or the 59th month of the plan whichever comes first in order to be paid from escrowed funds. Failure to apply for the escrowed funds will result in distribution pursuant to the confirmed plan of escrowed funds on plan completion. Additional allowed administrative expenses,

including attorney fees, may reduce the base amount to unsecured claims specified in paragraph III.F.1.

3. In addition to the attorney fees disclosed at Paragraph III.A.3., the Debtor(s) paid the Dietrich Law Firm the costs disclosed in Paragraph III.A.4. These costs passed through the Dietrich Law Firm to the service provider and have no effect on the requested attorney fees in Paragraph III.A.3.

4. ~~$6,587.00~~ $4,200.00 of Debtor's income tax refund is included, on a pro-rata basis, in Debtor's monthly income. Any tax refund received over that amount is to be turned over to the Trustee.

The rest of this page is intentionally left blank.

Date: 4-28-17

_____
April Hough, Debtor

Date: 5-5-17

_____
Robert W. Dietrich, Attorney for the Debtor(s)

| Hough, April | | Filed | 12/6/2016 | | District | Western (Barbara Foley) | |
|---|---|---|---|---|---|---|---|
| 16-06112 | | Claims Bar | 4/6/2017 | | End Date | 12/6/2021 | |
| 5/5/2017 | | Confirmed | 2/6/2017 | | 1. Length of plan | 60 Months | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Remaining length of plan | | 43 Months | | | | Current Payment |
| Estimated dividend % to unsecured creditors | | 0.00% | | | | 1,180.00 Monthly |
| | | | | | | |
| 2. Debtor: | 1,295.62 per pay | Monthly | | 43 | 55,711.66 | |
| 6/1/2017 | 183.38 per pay | Monthly | 1,479.00 | 54 | 9,902.52 | |
| 1/1/2011 | 0.00 per pay | Monthly | 1,479.00 | 131 | 0.00 | |
| | | | | | | |
| 4. Lump Sum Payments: | | | | none | 0.00 | |
| Balance on hand (with Trustee) | | | | | 545.75 | |
| 5. Total to be paid into the Plan (total of line 2 through 4) | | | | | 66,159.93 | |

**Plan is OVERFUNDED**   486.78

| | | | | | |
|---|---|---|---|---|---|
| Total to be paid into the plan | | | 65,673.15 | or | 1,514.60 Monthly |
| | | | | | 699.05 Bi-Weekly |
| 6.a. Estimated trustee's fees | 7.50% | 4,925.49 | | | 349.53 Weekly |
| | | | | | |
| Bankruptcy Court - Filing Fee | | 0.00 | | | |
| | | | | | |
| Estimated Attorney Fees & Costs | | | | | |
| 6.b. Pre-confirmation | | 2,742.95 | | | |
| 6.c. Post-confirmation | 43 months | 75.00 | 3,225.00 | | |
| | | | 5,967.95 | | |
| | | | | | |
| 6.e. Total mortgage and other continuing secured debt payments | | | | | |
| Money Source | 43 months | 784.50 | 33,733.50 | | |
| none | 0 months | 0.00 | 0.00 | | |
| none | 0 months | 0.00 | 0.00 | | |
| | | | 33,733.50 | | |
| | | | | | |
| 6.h. Total of arrearage claims | | | | | |
| Money Source | | | 3,174.11 | | |
| Money Source Post-Petition Arrears | | | 934.40 | | |
| none | | | 0.00 | | |
| | | | 4,108.51 | | |
| | | | | | |
| 6.f. Total non-continuing secured debt payments (including interest) | | | | | |
| Continuing Debt | | | 0.00 | | |
| Credit Union 1 | 43 months | 393.90 | 16,937.70 | | |
| none | 0 months | 0.00 | 0.00 | | |
| none | 0 months | 0.00 | 0.00 | | |
| | | | 16,937.70 | | |
| | | | | | |
| 6.g. Total priority claims | | | 0.00 | | |
| | | | | | |
| 7. Total Disbursements other than to General Unsecured Creditors | | | 65,673.15 | | |

| | |
|---|---|
| Taxes - unsecured | 0.00 |
| Lien stripped mortgages - unsecured | 0.00 |
| Cram downs - unsecured | 0.00 |
| General unsecured debts | 30,759.96 |
| Total unsecured claims (if all file) | 30,759.96 |
| | |
| 8. Funds estimated to be available for General Unsecured Creditors | 0.00 |

DLF2010
v2.3